WILLIAM HERBERT ET AL. *v.* FREDERICK SMYTH ET AL.

KING, C. J., ALCORN, HOUSE, COTTER and RYAN, Js.

Argued May 13—decided May 21, 1969

*Walter M. Pickett, Jr.,* for the appellants (defendants).

*Robert J. Sullivan,* for the appellees (plaintiffs).

PER CURIAM. The trial court followed the rescript as set forth in *Herbert* v. *Smyth,* 155 Conn. 78, 86, 230 A.2d 235.

There is no error.